AO 450 (Rev. 11/11)   Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the

__Southern__ District of __Ohio__

| | |
|---|---|
| Connor, <br> *Plaintiff* <br> v. <br> Davol Inc., et. al., <br> *Defendant* | ) ) ) ) ) Civil Action No.  2:21-cv-787 |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ **the plaintiff** *(name)* _____ recover from the **defendant** *(name)* _____ the amount of _____ dollars ($ _____), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☒ **other:** Pursuant to the Order filed 1/6/2023 - Plaintiff has not produced the PPF as required by this Court's order and by Case Management Order No. 8 (Case No. 2:18-md-2846, ECF No. 57), Plaintiff's case is DISMISSED WITHOUT PREJUDICE.

This action was *(check one)*:

☐ **tried by a jury with Judge** _____ presiding, and the jury has rendered a verdict.

☐ **tried by Judge** _____ without a jury and the above decision was reached.

☐ **decided by Judge** _____ on a motion for _____

Date:  01/06/2023

CLERK OF COURT

*Christi M. Wen[illegible signature]*
Signature of Clerk or Deputy Clerk